## CLARK *v.* STATE.

[66 South. 976.]

WITNESSES. *Cross-examination. Conflicting statements.*
> Where, in a prosecution for unlawful retailing, a state witness, when first put on the stand, denied that he had bought any whiskey from defendant, but after consultation with the district attorney, stated that he had bought whiskey from accused, it was error not to permit the defendant to show, on cross-examination, that the witness had made the same statement before the grand jury as he first made upon the stand.

APPEAL from the circuit court of Yalabousha county.
HON. N. A. TAYLOR, Judge.
Will Clark was convicted of selling intoxicating liquors, and appeals.
The facts are fully stated in the opinion of the court.

*Creekmore & Stone,* for appellant.

*Geo. H. Ethridge,* Assistant Attorney-General for the state.

COOK, J., delivered the opinion of the court.

The question in this case was the identity of the defendant, and the witness who bought the whisky, when placed on the witness stand, was asked if he knew the defendant, to which he replied in the negative. He was then asked: "Did you buy any whisky from him?" Answer: "I don't know, sir." The district attorney then proceeded to interrogate the witness about what he told the grand jury, and, when defendant objected, he was withdrawn. He was again put on the stand after the district attorney had consulted with him, it seems, in the presence of the other witnesses for the state, who

were "under the rule." On the second effort the state succeeded in proving by the witness that he bought whisky from appellant. On cross-examination the defendant sought to prove that the witness had made the same statement to the grand jury that he first made on the witness stand. The district attorney objected, and the court sustained his objection. It does not appear why this objection was sustained. It is clear that it was pertinent and competent for the defendant to prove that the state's witness had made statements outside the court in conflict with the statements he made in the court.

*Reversed and remanded.*